AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**
APR 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.
Renee Langley

WAIVER OF INDICTMENT

CASE NUMBER: 06-81

I, _Renee Langley_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _4/18/06_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer