## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Crim. No. 06-81 (RMU)** |
| | ) | |
| **RENEE LANGLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### UNOPPOSED MOTION TO MODIFY TEMPORARILY CONDITIONS OF RELEASE

Defendant, Renee Langley, through counsel, respectfully submits this unopposed motion to modify temporarily her conditions of release to permit her to travel beyond a 100 mile radius. In support of this motion, counsel submits the following:

1. On April 18, 2006, Ms. Langley plead guilty to one count of wire fraud, in violation of 18 U.S.C. § 1343. Her sentencing is scheduled for August 29, 2006.

2. Ms. Langley is currently released on her personal recognizance. Ms. Langley has always been in full compliance with her conditions of release. Those conditions of release limit Ms. Langley's travel to a 100 mile radius.

3. Ms. Langley's sister is coming from France to Los Angeles, CA between August 3 and August 8, 2006 to care for her elderly grandmother and take care of certain of the grandmother's legal affairs. Ms. Langley's sister speaks very limited English. Accordingly, Ms. Langley would like to travel to California between August 3 and 8, 2006 to assist her sister and her sister's grandmother.

4. Ms. Langley will be at the following address during her stay: 1934 Serrano Street, Hollywood, CA. During her travels, Ms. Langley will continue to check-in with Pretrial Services

as required.

    5.  Undersigned counsel has contacted AUSA Kim Herd regarding this request.  The

government does not oppose the relief requested in this Motion.


                Respectfully submitted,

                A.J. KRAMER
                Federal Public Defender


                _____/s/_____
                Jonathan S. Jeffress
                Assistant Federal Public Defender
                625 Indiana Avenue, N.W., Ste 550
                Washington, D.C.  20004
                (202)  208-7500

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **Crim. No. 06-81 (RMU)** |
| ) | |
| RENEE LANGLEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of defendant's unopposed motion to modify temporarily conditions of release, it is this _____ day of _____, 2006, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Ms. Langley's conditions are temporarily modified such that she may travel consistent with the following itinerary:

**August 3 - 8, 2006**    1934 Serrano Street
Hollywood, CA

All other conditions of release remain the same.

_____
The Honorable Ricardo M. Urbina

copies to:

Jonathan Jeffress, AFPD
Kim Herd, AUSA
Pretrial Services