UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. 06-81 (RMU) |
| | ) |
| RENEE LANGLEY, | ) |
| | ) |
| Defendant. | ) |

**FILED**

JUL 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of defendant's unopposed motion to modify temporarily conditions of release, it is this 28th day of July, 2006, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Ms. Langley's conditions are temporarily modified such that she may travel consistent with the following itinerary:

**August 3 - 8, 2006**   1934 Serrano Street
                          Hollywood, CA

All other conditions of release remain the same.

_____
The Honorable Ricardo M. Urbina

copies to:

Jonathan Jeffress, AFPD
Kim Herd, AUSA
Pretrial Services