# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
               :
         v.            :      Criminal Action No.: 06-81 (RMU)
               :

RENEE LANGLEY,         :
               :
        Defendant.      :

**FILED**

AUG 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## O R D E R

It is this 23rd day of August 2006,

**ORDERED** that the sentencing hearing in the above-captioned case scheduled for

August 29, 2006 is hereby **VACATED** and **RESCHEDULED** for

September 7, 2006 at 11:15 am.

**SO ORDERED**.



_____
Ricardo M. Urbina
United States District Judge