UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
                              :
            v.                :    Criminal Action No.: 06-0081 (RMU)
                              :
RENEE LANGLEY,                :
                              :
            Defendant.        :

**ORDER**

It is this 7th day of September 2006,

**ORDERED** that a _pro trial_ hearing in the above-captioned case shall take place on _Dec. 11 2006_ at _1:45_.

**SO ORDERED**.

FILED
SEP 7 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Ricardo M. Urbina
United States District Judge