IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 06-81 (RMU) |
| RENEE LANGLEY, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT RENEE LANGLEY'S MOTION
TO MODIFY HOURS OF HOME DETENTION**

Defendant, Renee Langley, through undersigned counsel, respectfully submits this motion to modify modestly her hours of home detention.

As grounds for this motion, defense counsel submits:

1. On April 18, 2006, defendant plead to a one count Information charging her with wire fraud. On September 7, 2006, the Court sentenced defendant to five years probation with one year of home detention with electronic monitoring. The sentence was in part based on defendant's extraordinary family circumstances.

2. Based on conversations with Danny Thomas, the probation officer in charge of defendant's home confinement phase, the standard conditions of home detention are that a working defendant (such as Ms. Langley) is permitted to be out of the home 12 hours per day. Based on her child care and other needs, as set forth below, defendant is respectfully requesting three minor modifications of the standard schedule. While Mr. Thomas has stated that a Court Order is required for these modifications, Probation does not oppose them. The modifications are:

**Wednesdays**. Defendant's daughter attends Girl Scouts "Brownies" meetings that run until 8 pm. Defendant is therefore requesting that on Wednesdays, her standard hours of 5:45 am until 5:45 pm be modified so that she can pick her daughter up from Brownies. Thus, on Wednesdays, defendant is requesting that she be allowed to return home no later than 8:30 pm.

**Thursdays Until December, 2006**. Defendant is halfway through a semester of Paralegal Studies at the University of Southern Maryland. Her employer has paid the tuition for this program (on the condition that she complete it successfully), which Defendant hopes will make her more competitive in the marketplace, so she can better care for herself and her family. If Defendant does not complete the class (and maintain a certain grade point average), she must pay her employer back for the tuition. This class is not available online.

The class goes until 10pm, but Defendant is asking for until 11pm, as the LaPlata, Maryland campus is 45 minutes from her home in Chesapeake, Maryland. Defendant is therefore requesting that on Thursdays until December, 2006, her standard hours of 5:45 am until 5:45 pm be modified so that she may attend the class and return home no later than 11 pm. When Defendant has completed the class in December, her hours should return to the standard 12-hour day.

**Every Other Friday.** Every other Friday, Defendant must deliver her children to their stepfather for the weekend. Defendant therefore needs additional time after work to accomplish this. Defendant is therefore requesting that on Fridays, her standard hours of 5:45 am until 5:45 pm be modified so that she may return home at 8 pm.

    4.    AUSA Kim Herd opposes the relief requested in this motion.

WHEREFORE, Defendant respectfully requests that the Court enter the attached order modifying her hours of home detention.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202)  208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 06-81 (RMU) |
| ) | |
| RENEE LANGLEY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the defendant's Motion, the Opposition thereto, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that defendant's hours of home detention shall be modified in the following manner:

**Wednesdays**.  On Wednesdays, defendant's standard hours of 5:45 am until 5:45 pm are modified so that she may pick her daughter up from Girl Scouts.  She must return home by 8:30 pm.

**Thursdays Through December, 2006**.  On Thursdays through December 2006, defendant's standard hours of 5:45 am until 5:45 pm are modified so that she may attend a class at the University of Southern Maryland.  She must return home by 11pm.  After December 2006, defendant's hours on Thursday shall be the standard 12 hours.

**Every Other Friday.**  Every other Friday, defendant's standard hours of 5:45 am until 5:45 pm are modified so that she may return home at 8pm, after dropping her children off with

their father.

All other conditions of defendant's probation remain the same.

**SO ORDERED.**

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE


_____
DATE

Jonathan S. Jeffress, AFPD
Kim Herd, AUSA
United States Probation Office