FILED

SEP 26 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Action No.: 06-0081 ~~04-427~~ (RMU) |
| | : | |
| RENEE LANGLEY, | : | |
| | : | Document No.: 21 |
| Defendant. | : | |

### ORDER

Upon consideration of the defendant's motion to modify hours of home detention, it is this 26th day of September, 2006, hereby

**ORDERED** that the motion is **DENIED**.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge