UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-0081 (RMU) |
| | : | |
| v. | : | |
| | : | |
| RENEE A. LANGLEY, | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL AND APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Tejpal Chawla, at telephone number 202-353-2442 and/or email address Tejpal.Chawla@usdoj.gov. Tejpal Chawla will substitute for Assistant United States Attorney Kim A. Herd. This is the notice of appearance of Assistant United States Attorney Tejpal Chawla in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar # 498610

_____/s/_____
TEJPAL CHAWLA
Assistant United States Attorney
D.C. Bar # 464012
Fraud and Public Corruption Section
555 4th Street, NW, Room 5840
Washington, DC 20530
(202) 353-2442, (202) 307-2304 (fax)

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing notice has been sent by ECF filing to to counsel for the defendant, Jonathan Jeffress, Federal Public Defender, 625 Indiana Avenue, N.W, Suite 550, Washington, D.C. 20004 this  1  day of December, 2006.

_____/s/_____
Tejpal Chawla
Assistant U.S. Attorney