UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
              v.                  :   Criminal Action No.: 06-81 (RMU)
                                  :
RENEE LANGLEY,                    :
                                  :
              Defendant.          :

**ORDER**

It is this 11th day of Dec 2006,

**ORDERED** that a Progress hearing in the above-captioned case shall take place on June 11, 2007 at 10 am.

**SO ORDERED**.

                                      _____
                                      Ricardo M. Urbina
                                      United States District Judge

FILED
DEC 1 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT