IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 06-81 (RMU) |
| ) | |
| RENEE LANGLEY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT RENEE LANGLEY'S MOTION TO
MODIFY HOURS OF HOME DETENTION FOR AN ADDITIONAL
THREE (3) HOURS PER WEEK TO ATTEND PARALEGAL STUDIES CLASS**

Defendant, Renee Langley, through undersigned counsel, respectfully submits this motion to modify her hours of home detention so that she may have an additional three (3) hours per week on Thursdays from January 25, 2007 thru May 15, 2007 to attend a paralegal class at the University of Southern Maryland.

As grounds for this motion, defense counsel submits:

1. On April 18, 2006, defendant plead to a one count Information charging her with wire fraud. On September 7, 2006, the Court sentenced defendant to five years probation with one year of home detention with electronic monitoring. A progress hearing was held on December 11, 2006. At the hearing, it was reported that Ms. Langley has complied with all conditions of her probation, except for one minor curfew violation on Thanksgiving Day. The next progress hearing is scheduled for June 11, 2007.

2. Ms. Langley is halfway through a semester of Paralegal Studies at the University of Southern Maryland. Her employer has paid the tuition for this program (on the condition that she complete it successfully), which Ms. Langley hopes will make her more competitive in the

marketplace, so she can better care for herself and her family, and increase her restitution payments. Defendant requires only an additional 3 hours per week (on Thursdays) in order to maintain her current work schedule and take the class. The class dates are from January 25, 2007 thru May 15, 2007.

WHEREFORE, Defendant respectfully requests that the Court enter the attached order modifying her hours of home detention so that she may attend the paralegal studies class on Thursdays from January 25, 2007 thru May 15, 2007.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender


_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202)  208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 06-81 (RMU) |
| ) | |
| RENEE LANGLEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the defendant's Motion, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that defendant's hours of home detention shall be modified in the following manner:

On Thursdays from January 25, 2007 thru May 15, 2007, Ms. Langley is permitted to be out of the home during the hours of 6:00am-4:30pm, and then from between 6:15pm-10:45pm, for the purpose of her work and taking a paralegal studies class.

All other conditions of defendant's probation remain the same.

**SO ORDERED.**

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE


_____
DATE

Jonathan S. Jeffress, AFPD

Tejpal Chawla, AUSA
Danny Thomas, United States Probation Office