UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-CR-0081 (RMU) |
| | : | |
| v. | : | |
| | : | |
| RENEE LANGLEY, | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S RESPONSE TO DEFENDANT LANGLEY'S MOTION TO MODIFY HOURS OF HOME DETENTION

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, responds to Defendant Renee Langley's Motion to Modify Hours of Home Detention. In principle the government does not oppose the defendant's motion. However, given the concerns that were raised at the most recent review hearing, the government requests that this Court require the defendant to provide documentary proof of her attendance. Specifically, the Government believes that if the Court grants the Defendant's motion, it should require the Defendant to provide full and complete documentation from her professor that she *actually attended* every class during the semester. Additionally, the Government requests that this exception to home detention be limited solely to this single class (which is a core requirement for "Paralegal Studies") for the Spring semester of 2007 only. Government counsel has reviewed the University's course syllabus for "Paralegal Studies" and the 2007 class schedule, and notes that the University offers a number of other Paralegal Studies classes which are internet-based and would not require a change in any of the defendant's conditions of release.

Therefore, the Government does not object to the Defendant's Motion, subject to the conditions outlined herein.

          Respectfully submitted,

          JEFFREY A. TAYLOR
          United States Attorney


          _____/s/_____
          Tejpal S. Chawla
          ASSISTANT UNITED STATES ATTORNEY
          Bar No. 464012
          555 4th Street, N.W., Room 5840
          Washington, DC 20530
          (202) 353-2442

## CERTIFICATE OF SERVICE

     I hereby CERTIFY that a copy of the foregoing notice has been sent by ECF filing to counsel for the defendant, Jonathan Jeffress, Federal Public Defender, 625 Indiana Ave., N.W. Suite 550, Washington, D.C. this 27th day of December, 2006.

          _____/s/_____
          Tejpal S. Chawla
          ASSISTANT UNITED STATES ATTORNEY