IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 06-81 (RMU) |
| RENEE LANGLEY, | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT RENEE LANGLEY'S REPLY IN SUPPORT OF MOTION TO MODIFY HOURS OF HOME DETENTION FOR AN ADDITIONAL THREE (3) HOURS PER WEEK TO ATTEND PARALEGAL STUDIES CLASS**

Defendant, Renee Langley, through undersigned counsel, respectfully submits this Reply in support of her motion to modify her hours of home detention so that she may have an additional three (3) hours per week on Thursdays from January 25, 2007 thru May 15, 2007 to attend a paralegal class at the University of Southern Maryland.

On December 27, 2006, the government filed a response stating that it did not oppose the relief requested in Ms. Langley's motion so long as she "provide[s] full and complete documentation from her professor that she actually attended every class during the semester." Gov. Brief at 1. Ms. Langley has no objection to this condition.

Defense counsel has added the government's condition to the Model Order attached hereto.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender


_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202)  208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 06-81 (RMU) |
| ) | |
| RENEE LANGLEY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the defendant's unopposed Motion, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that defendant's hours of home detention shall be modified in the following manner:

On Thursdays from January 25, 2007 thru May 15, 2007, Ms. Langley is permitted to be out of the home during the hours of 6:00am-4:30pm, and then from between 6:15pm-10:45pm, for the purpose of her work and taking a paralegal studies class; and it is

**FURTHER ORDERED** that Ms. Langley shall provide full and complete documentation to the Probation Officer from the University that she has attended every class during the Spring 2007 semester.

All other conditions of defendant's probation remain the same.

**SO ORDERED.**

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE


_____
DATE

Jonathan S. Jeffress, AFPD
Tejpal Chawla, AUSA
Danny Thomas, United States Probation Office