UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :
                               :
            v.                 :     Criminal Action No.: 06-81 (RMU)
                               :
RENEE LANGLEY,                 :
                               :
            Defendant(s).      :

**ORDER**

**FILED**

JAN 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 2nd day of January 2007,

**ORDERED** that the defendant's unopposed motion for modification of bond conditions is hereby

**GRANTED**; and it is

**FURTHER ORDERED** that defendant's hours of home detention shall be modified in the following manner:

On Thursdays from January 25, 2007 thru May 15, 2007, Ms. Langley is permitted to be out of the home during the hours of 6:00am-4:30pm, and then from between 6:15pm-10:45pm, for the purpose of her work and taking a paralegal studies class; and it is

**ORDERED** that Ms. Langley shall provide full and complete documentation to the Probation Officer from the University that she has attended every class during the Spring 2007 semester.

All other conditions of defendant's probation remain the same.

_____
Ricardo M. Urbina
United States District Judge