IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                              )<br>)<br>RENEE LANGLEY,                         )<br>)<br>Defendant.            )<br>) | Crim. No. 06-81 (RMU) |

**DEFENDANT RENEE LANGLEY'S MOTION TO PERMIT MS. LANGLEY
TO ATTEND SON'S GRADUATION FROM ARMY BASIC TRAINING**

    Defendant, Renee Langley, through undersigned counsel, respectfully submits this motion to allow Ms. Langley to attend the graduation of her son, Zach, from U.S. Army basic training in Fort Leonardwood, Missouri. Ms. Langley is the only member of her family who will be able to attend Zach's graduation. The defense respectfully submits that it is in everyone's interest that Ms. Langley be allowed to support her son at this time. Accordingly, the defense respectfully requests that the Court grant defendant's Motion.

    As grounds for this motion, defense counsel submits:

    1.    On April 18, 2006, defendant plead to a one count Information charging her with wire fraud. On September 7, 2006, the Court sentenced defendant to five years probation with one year of home detention with electronic monitoring. Ms. Langley is required to pay for restitution and the costs of electronic monitoring.

    2.    Ms. Langley's son, Zachary Duvall, is graduating from Army basic training on the weekend of May 17th. Ms. Langley, who is Zach's only family, seeks to attend his graduation. The graduation is May 17th (family day) and the 18th (actual graduation). The graduation is at

Fort Leonardwood, Missouri. Ms. Langley intends on flying to Arkansas and back.

3. In order to accomplish this, the defense requests that Ms. Langley be allowed to leave Wednesday (May 14th) and return Saturday (May 19th). The defense is accordingly respectfully requesting that Ms. Langley be allowed off of her curfew for those days.

4. Mr. Langley is in full compliance with all conditions of her probation. She is current with all restitution payments and has made all of her payments towards the costs of her electronic monitoring. Her probation officer, Danny Thomas, opposes the relief requested in this Motion only because he feels that Ms. Langley cannot afford the cost of the flight to Arkansas. In recognition of Probation's concerns and Ms. Langley's financial situation, Ms. Langley's father (Zach's grandfather) has agreed to pay for Ms. Langley's airfare to that she can attend Zach's graduation. Probation's view of Ms. Langley's request is still the same.

5. The government, through AUSA Tejpal Chawla, informed defense counsel that he defers to probation on this matter.

WHEREFORE, Defendant respectfully requests that the Court enter the attached order permitting Ms. Langley to travel to her son's graduation from U.S. Army basic training.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender


_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500

Case 1:06-cr-00081-RMU    Document 30    Filed 04/13/2007    Page 3 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Crim. No. 06-81 (RMU) |
| **RENEE LANGLEY,** | ) ) ) | |
| **Defendant.** | ) ) | |

### ORDER

Upon consideration of the defendant's Motion, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that defendant shall be permitted off of her curfew from May 14, 2007 to May 19, 2007.

All other conditions of defendant's probation remain the same.

**SO ORDERED.**

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE


_____
DATE

Jonathan S. Jeffress, AFPD
Tejpal Chawla, AUSA
Danny Thomas, United States Probation Office