IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 16 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Crim. No. 06-81 (RMU) |
| RENEE LANGLEY, | ) |
| Defendant. | ) |

### ORDER

Upon consideration of the defendant's Motion, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that defendant shall be permitted off of her curfew from May 14, 2007 to May 19, 2007.

All other conditions of defendant's probation remain the same.

**SO ORDERED.**

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

____4/16/07_____
DATE

Jonathan S. Jeffress, AFPD
Tejpal Chawla, AUSA
Danny Thomas, United States Probation Office