UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
            v.                    :     Criminal Action No.:  06-81   (RMU)
                                  :
RENEE LANGLEY,                    :
                                  :
            Defendant.            :

**ORDER**

It is this 11th day of June 2007,

**FILED**

JUN 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDERED** that a progress hearing in the above-captioned case shall take place on _Dec 10, 2007_ at _11 am_.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge