## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :

        v.          :     Criminal Action No.: *06* ~~07~~-0081 (RMU)

RENEE LANGLEY,     :

        Defendant.       :

**FILED**

### O R D E R

DEC 1 0 2007

It is this 10th day of December 2007, hereby

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDERED** a progress hearing in the above-captioned case shall take place on June 16, *2008* ~~2003~~ at 10:15 a.m.

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge