UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 06-0081 (RMU) |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **RENEE LANGLEY,** | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that the above-captioned matter is assigned to Assistant United States Attorney David S. Johnson, telephone number (202) 514-9620, and this is notice of his appearance in this matter on behalf of the United States. David S. Johnson will substitute for Assistant United States Attorney Tejpal S. Chawla.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

/s/
David S. Johnson
Assistant United States Attorney
D.C. Bar No. 477298
555 Fourth Street, N.W.
Room 5241
Washington, D.C. 20530
(202) 514-9620
david.johnson@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 30th day of May, 2008, a copy of the Notice of Appearance and Substitution of Counsel was served via ECF on defense counsel, Jonathan Jeffress, Esq., Federal Public Defender's Office for the District of Columbia, 625 Indiana Avenue, N.W., Washington, D.C. 20004.

/s/
David S. Johnson
Assistant United States Attorney