UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 06-0081(RMU) |
| RENEE LANGLEY, | : | |
| Defendant. | : | |

**ORDER**

It is this 16TH day of June 2008, hereby

**ORDERED** a progress hearing in the above-captioned case shall take place on December 15, 2008 at 2:15.

**SO ORDERED**.

**FILED**
JUN 1 6 2008
Clerk, U.S. District and
Bankruptcy Courts

_____
Ricardo M. Urbina
United States District Judge